AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Joseph Michael Bragg<br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 2:18-mj-614 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 20, 2018__ in the county of __Franklin__ in the
__Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Influencing a Federal Official by Threat |

This criminal complaint is based on these facts:
See affidavit attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael Higgins, FBI/JTF
Printed name and title

Sworn to before me and signed in my presence.

Date: Aug. 17, 2018

_____
Judge's signature

City and state: Columbus, OH

Elizabeth Preston Deavers, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF AN APPLICATION
## FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Michael P. Higgins, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI") Joint Terrorism Task Force ("JTTF") and have been for three years. I am a Columbus Police Detective (OH) with 25 years of experience including 15 years of investigative assignments. I have specialized training related to homicide and assault investigations, crime scene processing, domestic and international terrorism investigations, and criminal investigations with a military nexus. Currently, as a TFO, I am responsible for investigating crimes that include violations of 18 U.S.C. §§ 875(c), 115(a)(1)(B), § 2331, and § 1001. I have investigated or assisted with the investigation of multiple criminal violations, at both the Federal and State level, using a variety of investigative techniques, including grand jury subpoenas, search warrants, records analysis, consensual recordings, and undercover operations.

2. The statements contained herein are based on an investigation conducted by your Affiant, my experience and training as a TFO on the JTTF, and on other relevant information provided to me by other TFOs and FBI Special Agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of your Affiant's knowledge about this matter. Unless specifically indicated otherwise, all

1

conversations and statements described in this affidavit are related in substance and in part only. All dates are on or about the specified date.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 115(a)(1)(B) (Influencing Federal Official by Threat) has been committed by JOSEPH MICHAEL BRAGG.

## PROBABLE CAUSE

*Background of Investigation*

1. JOESPH MICHAEL BRAGG came to the attention of the FBI/JTTF on July 13th, 2018, when the Oklahoma JTTF received a report from the Rogers County Sherriff's Office in Oklahoma, regarding multiple electronic messages submitted to the Town of Oologah, OK. The electronic messages were submitted under the Town of Oologah's public website under the "contact us" function. The Town of Oologah website was able to capture the Internet Protocol (IP) addresses of the messages. Some of these electronic messages are as follows:

| Date | IP Address & Location | Text of Message |
|---|---|---|
| June 2, 2018 | 173.88.63.5, Columbus, OH | "Hello inbred, ignorant okie trash. Your area of the country and especially your town and county are the anus of America producing nothing but shit. Your pussy police and tranny politicians should be on notice. Any coward with a badge, anyone associated with Freemasonry, any okie coward who wants to be a hero.... Your time walking this earth is growing very short and the bullshit you hide behind means nothing. Get fucked." |

| | | |
|---|---|---|
| June 3, 2018 | 173.88.63.5, Columbus, OH | "Coward white trash wearing silly badges out perpetrating the monumental fraud under the guise of being heroes....any freemason piece of shit.... you pussies will soon get your hero's reward. It will be brutal. You've certainly earned it. Fuck all you inbred cowards. Be safe out there." |
| June 12, 2018 | 173.88.63.5, Columbus, OH | "Be careful out there white trash coward police... Someone who couldn't give a fuck less about your meaningless badges and imaginary authority. I'm coming to give you your long overdue hero's rewards. You know who I am. It isn't a name. Pussy inbred okie trash were never known for being intelligent or courageous, but there is nowhere for you to hide now and no silly fraud to hide behind. Game over for you pussies. Here me Scott Walton you little tranny mason bitch? You better hide bitch. Zero regard for a badge. I wipe my ass with your okie and American flags. Fuck you cowards your time has come." |
| June 12, 2018 | 173.88.63.5, Columbus, OH | "Times up" |
| July 4, 2018 | 173.88.63.5, Columbus, OH | "Officer down. Every single officer and their white trash families are about to be down. Anyone associated with Freemasonry left on the surface will be devoured...mauled....lynched and ripped apart after your shit families are ripped apart in front of you. Your heroes' rewards are just around the corner. You've earned them. So have your future faggot okie trash children. I'm honored to be the one to deliver. Mother Earth will cut off the hidden hand in the immediate future....I'm coming to cut off the heads. Fuck you pussy fraud police....you will be exterminated along with your worthless coward trash families. It's a done deal. Looking forward to seeing you all. The One." |
| July 4, 2018 | 173.88.63.5, Columbus, OH | "P.S....The happiest of July 4th's to you fraudulent pussies in your faggot ass uniforms and silly badges. I wipe my ass with your uniforms, American faggot flag, and bullshit constitution......fuck |

| | | |
|---|---|---|
| | | your dumbasses and your shithole United States. There will never be another 4th of July. The shithole you love so much will burn to the ground and I'll be dumping the gas on it. Any freemason pussy, especially faggot ass police/judges/prosecutors, senators, presidents, whatever other fictional bullshit crosses my path you will burn with your precious shithole US. I will kill your fucking tranny mason bitch president down to the kids of the janitor at the local Masonic Lodge. Think this is a joke? Do I seem to lack confidence? Are all of you ignorant coward fucks about to suffer beyond belief and lose all the stupid shit you hold do dear....you will be so traumatized you will not be able to speak. You will be blank, ravaged, devastated, and hopeless....then you will see me and I will destroy you. I am quite justified. Good luck to you. I am very prepared. You could never be prepared for what is coming to you. Dead 33's everywhere. Oklahoma burned to the ground. Not a single cop left alive nor their families. Talk about independence! So so so soon." |
| July 11, 2018 | 172.58.141.222, Chicago, IL and Indianapolis, IN | "ScoTTy Girl Walton....I'm coming to cut off your fucking bitch head. Any mason who sticks theirs up or crosses my path will be headless. I can't wait to take yours ScoTTy....you're at the top of my list. I will get yours. All police and their families have the same savage ends to look forward to....but you okie inbred coward trash will suffer dearly for your freemasonic loyalties. I will devour you." |
| July 12, 2018 | 172.58.136.184, Chicago, IL and Columbia, IL | "ScoTTy Girl Walton....I am going to cut off your little bitch eunuch head. Any eunuch i find will be treated very special....any police current or past, anyone even remotely associated with Freemasonry....you and your families....your young children....will be beheaded. This is your hero's reward for your loyalty to pussy tranny Masons and the huge fraud. I hope it was worth it bc the price you've been set up to pay is truly staggering. Have you any clue just how close you all are to total destruction? |

| | | |
|---|---|---|
| | | You thought preying on the naive and innocent would last forever, but now the naive and innocent are rising up with great power and will eliminate the cowardly, ignorant trash and your descendants from earth. I have a very special interest in your particular organization and everyone who calls themselves employees. I will come for you personally. I will remove your heads personally. ScoTTy Girl you know it's about to go down. Now you know who is coming to cut you down...with great pleasure." |
| July 15, 2018 | 173.88.63.5, Columbus, OH | "I am coming to cut off the heads of anyone with a badge and your families…anyone who has ever worked in support of law enforcement or any other freemasonic fairy tale scheme in any way, even if you aren't a pussy faggot mason or eunuch. I will cut off your and your families' heads. Why such a choice of method you may ask? Well… that question may be best answered by a eunuch themselves….ask them why they are so afraid if being beheaded. Good news is, nothing will stop what mother earth is about to do. Nor can anything stop what I am about to do. ScoTTy Girl Walton…. You I am coming for personally. You better be very careful even now you pussy bitch bc I AM COMING to CUT OFF YOUR HEAD. I am going to rid earth of many if you and the earth is telling me the time is imminent. I've been patient for some time. Now I get to reward the "hero" 33's for your service to freemason trannies. It is an honor to send you without a head on behalf of the innocent and exploited. I will cut off your and your families' heads with great zeal. Pussy okie trash never thinks ahead… There's stupid then there's Oklahoma stupid." |

2. Specifically, the electronic messages were submitted utilizing the fraudulent email address of Freemasondestroyer@fupussypolice33.jOKe. Subsequent investigation by Oklahoma investigators revealed that the name of the Rogers County (OK) Sherriff is Scott Walton.

5

Oklahoma investigators also determined the following information related to the various IP addresses:

    a. 173.58.63.5: Charter Communications, Columbus, OH with subscriber address of 766 North Cassidy Avenue, Columbus, OH 43219, and a subscriber name of T.N., which is BRAGG's residence;

    b. 172.58.141.222: T-Mobile USA in the areas of Chicago, IL and Indianapolis, IN; and

    c. 172.58.136.184: T-Mobile USA in the areas of Chicago, IL and Columbia, IL.

3. Based upon my experience and after reviewing the locations of the multiple IP addresses, it appears that the Columbus based IP address may be a static location, perhaps a wireless internet hub located at the residence of 766 North Cassady Avenue, and the T-Mobile IP addresses were utilized by a mobile device, such as a phone, tablet, or laptop computer. A subsequent search of the residence of 766 N. Cassady Ave revealed a wireless internet router, which is likely the source of the static IP address for the messages originating from Columbus.

9. Oklahoma JTTF investigators contacted T.N., via telephone, and were informed by T.N. that the address of 766 North Cassidy Avenue is a property that he owns, but rents out to veterans. He indicated that currently there are four individuals who reside at the address. Investigators advised T.N. of the nature of their investigation and T.N.

stated that one occupant, whom he identified as JOSEPH MICHAEL BRAGG, is a military veteran, who T.N. advised has anger management issues and may suffer from mental health problems.

*Instant Offense Conduct*

10. On July 19, 2018, the Oklahoma JTTF sent a lead to the Columbus, OH, JTTF to attempt to locate and make contact with BRAGG at 766 North Cassidy Avenue in hopes of obtaining a statement in regards to the threatening electronic messages. FBI Special Agent Kenny Smith was assigned the lead and proceeded to the address the following day on July 20, 2018. Upon arriving at 766 N. Cassidy Ave, SA Smith made contact with an unidentified male who answered the front door of the residence. As SA Smith was identifying himself as an FBI AGENT to the unknown male, a second male, later identified as BRAGG, appeared from behind the unknown male and yelled "fuck you and the FBI" followed by "you have no authority here" and several more profanities after which BRAGG disappeared back into the residence.

11. SA Smith then attempted to contact T.N. on the telephone. While SA Smith was conversing with T.N., BRAGG reappeared at the front door of the residence with both of his hands inside his front pockets and stated "I have bullets and I'll show you what bullets can do…I'll cut your fucking head off too…you mason motherfucker." SA Smith drew his FBI issued firearm at this point and held it at the ready as he could not determine

if BRAGG had a weapon concealed on his person. SA Smith withdrew from BRAGG and the residence and departed without further incident.

12. SA Smith returned to the Columbus FBI Office and reported the incident to his supervisor. Due to the direct threats made by BRAGG to SA Smith, and SA Smith's belief that BRAGG intended to follow through with those threats, thus necessitating the drawing of his weapon for defensive purposes, SA Smith completed an FBI Form FD-302 documenting his encounter with BRAGG.

13. On August 13, 2018 Columbus JTTF was notified by Oklahoma JTTF of additional threats made online to a retired City of Sand Springs Police Officer named Tyler Detring. These threats were posted to the Police Departments Facebook page under the alias "MIKE HONCHO," which is a fictional character from the movie Talladega Nights. The content of the threats were in the same manner as the threats made on the Town of Oologah, OK and the Tulsa, OK Police online portals. Some abbreviated content of the messages are as follows:

> a. "Good morning to you inbred okie white trash cowards. I have an important message for your dog sniffing douchebag Tyler (what a bitch name...fitting). Tyler, because you are a pussy weasel who just cant help but fuck with other, your family will now pay the price. Yes, your ugly little inbred piece of shit kid and skank ass wife will suffer dearly

      in front of your eyes pussy. Not everyone is asleep. I know that you freemason frauds are and I take great pride in humiliating you…

   b. …You are terrorists and you are about to be exterminated in a brutal way. Tyler… you get a special deal… you and your family. You pussy motherfucker…you wont do shit but watch it happen then join them. I'm very strong now boy. Physical strength being the least of my strength. I will destroy you…

   c. …So go call up your best men, call Donna trump and her drag queen wife, shit…..Cal fucking NATO for all I care…"

14. Sand Springs Police initiated an investigation based upon the threats made against the SSPD and retired Officer Detring. SSPD investigators obtained internet subscriber information from the location of where the Facebook post was made. This information came back to an individual with the initial T.N., located at 766 North Cassady Avenue, Columbus, OH. Additional subscriber information revealed a MAC serial number of 90cdb6a13ce7 identifying the physical equipment utilized to conduct internet transmissions.

15. On August 17, 2018, a Federal Search Warrant was executed on the residence of 766 N. Cassady Avenue. Investigators located and identified a wireless internet router bearing MAC serial number of 90cdb6a13ce7 inside the residence. This is the same MAC Serial number noted in Paragraph 15, above, as being associated with a threat to Sand Springs Police.

16. Residents J.D. and K.H. were present during the search. J.D. and K.H. both stated that BRAGG was a resident at 766 N. Cassady Ave. J.D. and K.H. both further stated they and BRAGG all share the same wireless internet service provided at the residence. J.D. and K.H. advised that they each have their own personal smart phones and that neither J.D. nor K.H. have knowingly allowed BRAGG to use their smart phones. J.D. and K.H. both stated that there are no other electronic devices inside the residence.

17. J.D. and K.H. were both present when BRAGG confronted SA SMITH. J.D. and K.H. both verified the account of the incident as detailed by SA SMITH. J.D. and K.H. both witnessed BRAGG threaten to assault SA SMITH and state that BRAGG would "cut of his head."

18. A legal pad found during the search on BRAGG's night stand in his bedroom also revealed writings concerning U.S. Presidents, Freemasons and similar language as expressed in the threats to Oklahoma officials.

## CONCLUSION

19. Based on the foregoing, your Affiant concludes that there is probable cause to believe that JOSEPH MICHAEL BRAGG violated 18 U.S.C. § 115(a)(1)(B) (Influencing Federal Official by Threat) in the Southern District of Ohio.

Respectfully submitted,

Michael P. Higgins, Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me August 17, 2018

ELIZABETH PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE

11